# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number:

CE DESIGN LTD., an Illinois Corporation, Individually and as the representative of a class of similarly-situated persons, Plaintiff ,    v.
AERIAL MAPPING SERVICES, INC. and
THOMAS BERNS, Defendants.

FILED: JULY 30, 2008
08CV4318
JUDGE HART
MAGISTRATE JUDGE DENLOW

PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AERIAL MAPPING SERVICES, INC. and
THOMAS BERNS

| | |
|---|---|
| NAME (Type or print)<br>LINDA E. UNGER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ LINDA E. UNGER | |
| FIRM<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| STREET ADDRESS<br>550 WEST ADAMS STREET, SUITE 300 | |
| CITY/STATE/ZIP<br>CHICAGO, IL  60661 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>31255633 | TELEPHONE  NUMBER<br>312.345.1718 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |