IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois Corporation, Individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>AERIAL MAPPING SERVICES, INC. and THOMAS BERNS,<br><br>Defendants. | No.:   08 CV 4318<br>Judge: William T. Hart<br>Magistrate Judge Denlow |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, AERIAL MAPPING SERVICES, INC. and THOMAS BERNS, by their attorney, Linda E. Unger, for their motion to extend their time to answer or otherwise plead to the Plaintiff's complaint, state as follows:

1. Plaintiff filed this case in the Circuit Court of Cook County, Illinois on June 20, 2008, and served on Defendant Thomas Berns on July 1, 2008.

2. On July 30, 2008, Defendants timely removed the case to Federal Court pursuant to 28 U.S.C. §1441(b).

3. Under the rules, a Defendant which removes a case has five days to answer or otherwise plead to the complaint.

4. Given the press of other business, along with ongoing investigation into Plaintiff's claim in order to obtain the facts necessary to appropriately respond to the complaint, Defendants seek an extension of 14 days to answer or otherwise plead to Plaintiff's complaint.

2

WHEREFORE, Defendants, Aerial Mapping Services, Inc. and Thomas Berns, request this Court enter an order extending their time to answer or otherwise plead to Plaintiff's complaint for 14 days, up to and including August 20, 2008.

Respectfully submitted,

s/Linda E. Unger

Linda E. Unger – ARDC 3125563
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778