IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois Corporation, Individually and as the representative of a class of similarly-situated persons,<br><br>　　　　Plaintiff,<br>　　v.<br><br>AERIAL MAPPING SERVICES, INC. and THOMAS BERNS,<br><br>　　　　Defendants. | No.:　08 CV 4318<br>Judge: William T. Hart<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 13, 2008,** at **11:00 A.M.** or as soon thereafter as counsel may be heard, we shall appear before The Honorable William T. Hart in Courtroom 2243 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which accompanies this notice and is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　_____s/ Linda E. Unger_____
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant

Linda E. Unger – ARDC No. 3125563
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2008, she electronically filed the foregoing Notice of Motion and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification and a copy of such filing to all registered parties.

　　　　　　　　　　　　　　　　　　　　_____s/ Linda E. Unger_____

4827-7578-4706.1