UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

CE Design Ltd.
                              Plaintiff,
v.                                                Case No.: 1:08−cv−04318
                                                  Honorable William T. Hart
Aerial Mapping Services, Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable William T. Hart:Motion hearing set for
8/13/2008 is stricken. Defendants' motion for extension of time to 8/20/2008 to answer or
otherwise plead [8] is granted. Status hearing set for 9/9/2008 at 11:00 AM. Mailed
notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.