IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois Corporation, Individually and as the representative of a class Of similarly-situated persons,<br><br>　　　　Plaintiff,<br>　　v.<br><br>AERIAL MAPPING SERVICES, INC. and THOMAS BERNS,<br><br>　　　　Defendants. | No. 08 CV 4318<br>Judge William T. Hart<br>Magistrate Judge Denlow |

### NOTICE OF FILING

　　PLEASE TAKE NOTICE that on **August 20, 2008,** we electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, **Defendants Aerial Mapping Services, Inc.'s and Thomas Berns' Answer and Affirmative Defenses to Plaintiff's Class Action Complaint,** a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　s/　Linda E. Unger
　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　 AERIAL MAPPING SERVICES, INC. and
　　　　　　　　　　　　　　　　　　　　 THOMAS BERNS

Linda E. Unger – ARDC No. 3125563
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

### Certificate of Service

　　I hereby certify that on August 20, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

　　　　　　　　　　　　　　　　　　　　　s/　Linda E. Unger

Under penalties as provided by law pursuant to
735 ILCS 5/1-109, I certify that the statements
set forth herein are true and correct.

4814-3669-0690.1